THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE COYER, Appellant.

(Submitted June 18, 1914; decided July 14, 1914.)

APPEAL from a judgment of the Supreme Court, rendered December 19, 1913, at a Trial Term for the county of Cattaraugus, upon a verdict convicting the defendant of the crime of murder in the first degree.

*D. E. Powell* for appellant.

*Archibald M. Laidlaw* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Not voting: CUDDEBACK, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM BRESSEN, Appellant.

(Argued June 18, 1914; decided July 14, 1914.)

APPEAL from a judgment of the Supreme Court, rendered May 4, 1914, at a Trial Term for the county of

Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Frank X. McCaffry* for appellant.

*James C. Cropsey, District Attorney (Hersey Egginton* and *Edward A. Freshman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.